# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 93-5021 LJO |
| Plaintiff, | **ORDER TO DENY RELIEF** (Docs. 264-265.) |
| vs. | |
| RAY MARTIN HEFFINGTON, | |
| Defendant. | |
| _____ / | |

On March 25, 2013, defendant Ray Martin Heffington ("defendant") filed papers which this Court construes to challenge his 1993 life sentence. This Court has reviewed the record and all papers filed by defendant. The record and papers filed by defendant fail to support relief requested by defendant, including a sentence reduction or related relief. *See Crain v. Commissioner*, 737 F.2d 1417, 1417 (5th Cir. 1984) ("We perceive no need to refute these arguments with somber reasoning and copious citation of precedent; to do so might suggest that these arguments have some colorable merit.") Defendant has unsuccessfully sought relief from this Court and the Ninth Circuit Court of Appeals in connection with his conviction and sentences in this and other cases. This Court construes defendant's most recently filed papers as frivolous and an attempt to vex this Court. As such, this Court DENIES defendant relief requested by his papers filed on March 25, 2013 and directs the clerk to term docs. 264-265.

This Court ADMONISHES defendant that it will tolerate no further frivolous filings and will strike and return such documents to defendant.

IT IS SO ORDERED.

Dated:  **March 27, 2013**          /s/  Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

1