# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 93-5021 LJO |
| Plaintiff, | **ORDER TO DENY CERTIFICATE OF APPEALABILITY** |
| vs. | (Doc. 269.) |
| RAY MARTIN HEFFINGTON, | |
| Defendant. | |

Defendant Ray Martin Heffington ("defendant") pursues an appeal of this Court's March 27, 2013 order denying relief as to defendant's 1993 life sentence. The Ninth Circuit Court of Appeals remanded to address the limited issue to address a certificate of appealability ("COA").

28 U.S.C. § 2253(c)(1) precludes an appeal from a final order in 28 U.S.C. § 2255 ("section 2255") proceedings unless a circuit justice or judge issues a COA. A COA may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. §2253(c)(2); *see Williams v. Calderon*, 83 F. 3d 281, 286 (9th Cir. 1996). A COA issues when defendant demonstrates the questions raised are "debatable among jurists of reason; that a court could resolve the issues [in a different manner]; or that the questions are adequate to deserve encouragement to proceed further." *Barefoot v. Estelle*, 463 U.S. 880, 893, n. 4, 103 S.Ct. 3382, 3394-3395, n. 4 (1983). In the absence of a COA, no appeal in a section 2255 proceeding may be heard. 28 U.S.C. § 2253(c); *see Porter v. Adams*, 244 F.3d 1006 (9th Cir. 2001) (COA required where 28 U.S.C. § 2241 petition attacks conviction or sentence, even if district court did not construe the petition as a section 2255 motion).

1 | This Court has reviewed the record of this case and finds no jurist of reason could debate the correctness to deny defendant collateral relief. *See Barefoot*, 463 U.S. at 893, n. 4, 103 S.Ct. at 3394-3395, n. 4; *Clark v. Lewis*, 1 F. 3d 814, 819 (9th Cir. 1993). On the merits of this case, reasonable jurists would not debate the constitutionality of defendant's conviction. A certificate of appealability is improper. This Court DENIES defendant a certificate of appealability.

IT IS SO ORDERED.

**Dated:   June 17, 2013**          /s/  **Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE